HENRY D. LEDERMAN, Bar No. 079498
LISA C. CHAGALA, Bar No. 217883
LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
Telephone: 925.932.2468
Facsimile: 925.946.9809
E-mail: hlederman@littler.com
E-mail: lchagala@littler.com

Attorneys for Defendants
ROSS STORES, INC.; ROSS DRESS FOR LESS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORESSA LOCKETTE; an individual; individually and on behalf of all other similarly situated current and former employees,<br><br>Plaintiff,<br><br>v.<br><br>ROSS STORES, INC., a Delaware Corporation, ROSS DRESS FOR LESS, INC., a Virginia Corporation, and DOES 1-100,<br><br>Defendants. | Case No. CV 03430 MMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AND FOR MORE DEFINITE STATEMENT**<br><br>Date: September 7, 2007<br>Time: 9:00 a.m.<br>Courtroom: 7<br>Judge: Hon. Maxine M. Chesney<br>Complaint filed: June 29, 2007<br>Trial Date: None set |

Defendants Ross Stores, Inc. and Ross Dress For Less, Inc.'s ("Defendants") Motion To Dismiss For Failure To State A Claim Upon Which Relief Can Be Granted And For More Definite Statement came on regularly for hearing before this Court on September 7, 2007. After consideration of the briefs and arguments of counsel, and all other matters presented to the Court:

The Court hereby GRANTS Defendants' Motion To Dismiss For Failure To State A Claim Upon Which Relief Can Be Granted with respect to Plaintiff's second cause of action for failure to provide rest periods without leave to amend. Fed. R. Civ. Proc. 12(b)(6). The Fair Labor

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

[PROPOSED] ORDER GRANTING DEFS'
MTN TO DISMISS AND FOR MORE
DEFINITE STMT (NO. CV 03430 MMC)

Standards Act, 29 U.S.C. §201 *et seq.* does not provide a remedy for missed rest periods. *Nelson v. Waste Mgmt. of Alameda County, Inc.*, 2000 U.S. Dist. LEXIS 11286 (N.D. Cal. 2000); *see also* 29 C.F.R. §785.18; *Ballaris v. Wacker Siltronic Corp.*, 370 F.3d 901, 913 n.18 (9th Cir. 2004).

The Court hereby GRANTS Defendants' Motion For More Definite Statement. Fed. R. Civ. Proc. 12(e). Plaintiff's Complaint is so vague and ambiguous that Defendants cannot reasonably be required to frame a responsive pleading. *Culver v. Bell & Loffland, Inc.*, 146 F.2d 29, 31 (9th Cir. 1944); *Dager v. City of Phoenix*, 2006 U.S. Dist. LEXIS 77925, *6-7 (D. Ariz. 2006). Plaintiff shall amend the Complaint within ten (10) days to clarify whether she seeks to bring this action on behalf of (a) "assistant managers" or (b) "assistant managers and managers" and if so a definition of Plaintiff's use of the term "managers" (i.e., store managers or some other specific group of managers).

IT IS SO ORDERED.

Dated: _____

_____
HON. MAXINE M. CHESNEY

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

[PROPOSED] ORDER GRANTING DEFS'
MTN TO DISMISS AND FOR MORE
DEFINITE STMT (NO. CV 03430 MMC)    2.