1  HENRY D. LEDERMAN, Bar No. 079498
   LISA C. CHAGALA, Bar No. 217883
2  LITTLER MENDELSON
   A Professional Corporation
3  Treat Towers
   1255 Treat Boulevard
4  Suite 600
   Walnut Creek, CA 94597
5  Telephone:    925.932.2468
   Facsimile:     925.946.9809
6  E-mail: hlederman@littler.com
   E-mail: lchagala@littler.com
7
   Attorneys for Defendants
8  ROSS STORES, INC.; ROSS DRESS FOR LESS,
   INC.
9

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12 | TORESSA LOCKETTE; an individual;        | Case No. CV 03430 MMC
   | individually and on behalf of all other |
13 | similarly situated current and former   | **DECLARATION OF JEFFREY B. COOK**
   | employees,                              | **IN SUPPORT OF DEFENDANTS'**
14 |                                         | **MOTION TO CHANGE VENUE**
   |                      Plaintiff,         | **PURSUANT TO 28 U.S.C. 1404(a)**
15 |                                         |
   |              v.                         | Date:  September 7, 2007
16 |                                         | Time: 9:00 a.m.
   | ROSS STORES, INC., a Delaware           | Courtroom:  7
17 | Corporation, ROSS DRESS FOR LESS,       | Judge: Hon. Maxine M. Chesney
   | INC., a Virginia Corporation, and DOES 1-| Complaint filed: June 29, 2007
18 | 100,                                    | Trial Date:  None set
   |                                         |
19 |                      Defendants.        |

20
   I, Jeffrey B. Cook, declare as follows:
21
        1.    I am an employee of Ross Dress for Less, Inc. ("Ross"), Defendant in the
22
   above-captioned matter.  My job title is Manager, Corporate Paralegal.  In the course of my job, I
23
   have access to Plaintiff Toressa Lockette's personnel file, have become familiar with Ross's
24
   employee handbook(s) and practices regarding distribution of handbooks in effect during the time
25
   that Plaintiff Lockette was employed, and have access to the addresses for Ross's current and former
26
   employees as maintained in Ross's human resources information system ("HRIS").  I have personal
27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

DECL. OF JEFFREY B. COOK ISO DEFS'
MTN TO CHANGE VENUE (NO. CV 03430
MMC)

1   knowledge of those matters and the facts set forth below and could and would competently testify to

2   them in a court of law if called upon to do so.

3           2.      Attached hereto as Exhibit A is a true and correct copy of page 47 of the Ross

4   Stores Associate Handbook, which was distributed to Ross's employees in the regular course of

5   business and was in effect during the time of Plaintiff Lockette's employment with Ross.

6           3.      Attached hereto as Exhibit B is a true and correct copy of the Store Associates

7   Handbook Acknowledgement And Agreement, upon which Plaintiff Lockette acknowledged receipt

8   of the Ross Stores Associate Handbook, as it is maintained in Plaintiff's personnel file in the

9   ordinary course of business.

10          4.      During the same period of time as Plaintiff's employment, Ross employees in

11  all locations nationwide in the regular course of business were asked to and a substantial number did

12  acknowledge receipt of the Ross Stores Associate Handbook in which Exhibit A was contained and

13  became parties to the agreement to arbitrate contained in Exhibit A.

14          5.      Effective as of April 1, 2007, Ross reclassified assistant managers in

15  California as non-exempt from overtime under California law, and since then California assistant

16  managers have been paid on an hourly basis.  Since that date, Ross has classified no assistant

17  managers in California as exempt from overtime.  Assistant managers outside California before

18  April 1, 2007, were, and since that time remain, classified as exempt from overtime under the Fair

19  Labor Standards Act.

20          6.      Records maintained in Ross's HRIS in the regular course of business show

21  that Plaintiff's immediate supervisor when Plaintiff worked for Ross was Boyaless Jones.  Records

22  maintained in Ross's HRIS in the regular course of business, show that the home address for

23  Boyaless Jones is in the state of Alabama. Exhibit C is a true and correct copy of these records.

24          7.      Records maintained in Ross's HRIS in the regular course of business show

25  that the District Manager assigned to the store where Plaintiff worked at the time when Plaintiff

26  worked for Ross was Michele Simpson.  Records maintained in Ross's HRIS in the regular course of

27  business, show that the home address for Michele Simpson is in the state of Alabama. Exhibit D is a

28  true and correct copy of these records.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

DECL. OF JEFFREY B. COOK ISO DEFS'
MTN TO CHANGE VENUE (NO. CV 03430
MMC)                                          2.

8.    Records maintained in Ross's HRIS in the regular course of business show that other supervisors assigned to the store where Plaintiff worked at the time when Plaintiff worked for Ross were Sonya Warren, Doris Elliot, Audra Brasher, Delencia Caffey, Tracey Cook and Sonya Peoples.  Records maintained in Ross's HRIS in the regular course of business, show that the home address for each of these individuals is in the state of Alabama. Exhibit E is a true and correct copy of these records.

9.    Records maintained in Ross's HRIS in the regular course of business show that the human resources manager assigned to the store where Plaintiff worked at the time when Plaintiff worked for Ross was David Castro.    Records maintained in Ross's HRIS in the regular course of business, show that the home address for David Castro is in the state of North Carolina. Exhibit F is a true and correct copy of these records.

10.    Records maintained in Ross's HRIS in the regular course of business, show that Ms. Lockette's last known address is in the state of Alabama. Exhibit G is a true and correct copy of these records.

11.    The individuals identified in paragraphs 6-9, above, are likely to have observed in varying degrees and to be able to testify about Plaintiff's daily activities, including the extent to which she supervised other employees, planned and apportioned work among employees, trained employees, hired, promoted or disciplined employees (or recommended such actions), appraised employees, or handled employee complaints and grievances.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 31, 2007, in Pleasanton, California.

_____
JEFFREY B. COOK

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

DECL. OF JEFFREY B. COOK ISO DEFS'
MTN TO CHANGE VENUE (NO. CV 03430
MMC)

3.

**EXHIBIT A**

# X. ARBITRATION POLICY

This Arbitration Policy ("Policy") applies to any disputes, arising out of or relating to the employment relationship, between an associate and Ross or between an associate and any of Ross' agents or employees, whether initiated by an associate or by Ross. **This Policy requires all such disputes to be resolved only by an Arbitrator through final and binding arbitration.** Such disputes include without limitation disputes about unfair competition, use of trade secrets, compensation, termination, or harassment and claims arising under the Civil Rights Act of 1964, Americans With Disabilities Act, Age Discrimination in Employment Act, Family Medical Leave Act, Fair Labor Standards Act, Employee Retirement Income Security Act, and state statutes, if any, addressing the same subject matters, and all other state statutory and common law (excluding workers' compensation claims)  **Notwithstanding this Policy, associates are encouraged, but not required, to utilize the Associate Problem Resolution Program to resolve disputes and grievances informally or administratively.**

This Policy is governed by the Federal Arbitration Act, 9 U.S.C. § 1 et seq. Notwithstanding any other provision of the Policy, an associate retains the right under the National Labor Relations Act to file charges with the National Labor Relations Board and retains the right under Title VII of the Civil Rights Act of 1964 and the Age Discrimination in Employment Act to file charges with the Equal Employment Opportunity Commission.

The parties will have the right to conduct civil discovery and bring motions, as provided by the Federal Rules of Civil Procedure and enforced by the Arbitrator  However, there will be no right or authority for any dispute to be brought, heard or arbitrated as a class action, private attorney general, or in a representative capacity on behalf of any person.

A demand for arbitration must be in writing and delivered to the other party within the applicable statute of limitations period. Any demand made to Ross may be made by hand or guaranteed overnight delivery to the Office of the General Counsel, 4440 Rosewood Drive, Pleasanton, CA  94588.

The parties to any arbitration as described in this Policy will select the Arbitrator by mutual agreement. If the parties do not mutually agree on the selection of the Arbitrator, any party may seek court appointment of the Arbitrator under the Federal Arbitration Act  Each party will pay the fees for his, her or its own attorneys, subject to any remedies to which that party may later be entitled under applicable law.  However, in all cases where required by law, as determined by the Arbitrator, Ross will pay the Arbitrator's and arbitration fees.  If under applicable law Ross is not required to pay the entirety of the Arbitrator's and/or arbitration fees, such fee(s) will be apportioned as determined by the Arbitrator following applicable law.  The Arbitrator shall have authority in the first instance to resolve all issues regarding arbitration procedures, including without limitation the manner in which the arbitration is to proceed  This Policy is the full and complete policy relating to the formal resolution of disputes

Within 30 days of the close of the arbitration hearing, any party will have the right to prepare, serve and file with the Arbitrator a brief. The Arbitrator may award any party any remedy to which that party is entitled under applicable law.  The Arbitrator will issue a decision or award in writing, stating the essential findings of fact and conclusions of law  A judgment of any court having jurisdiction may be entered upon the Arbitrator's award being confirmed by such court.

**EXHIBIT B**



## STORE ASSOCIATES HANDBOOK ACKNOWLEDGEMENT AND AGREEMENT

I acknowledge that I have received the following policies   I have read, understand and agree to comply with the following policies:

Ross Non-Harassment Policy
(I have read and agree to comply with this policy)                          Initial here

Ross Workplace Anti-Violence Policy
(I have read and agree to comply with this policy)                          Initial here

Ross Associate Problem Resolution Program
(I have read and agree to utilize and comply with, and be bound to, this program)    Initial here

Customer Service
(I have read and understand this portion of the Handbook)                    Initial here

Ross Associate Discount Policy
(I have read and agree to comply with this policy)                          Initial here

Protecting Ross' Assets – Loss Prevention
(I have read and understand this portion of the Handbook)                    Initial here

ROSS ARBITRATION POLICY
(I have read and agree to utilize, comply with, and be bound to, this policy)      Initial here

This is to acknowledge that I have received a copy of the Ross Store Associate Handbook. I understand and agree that it is my responsibility to read the Store Associate Handbook and to abide by the rules, policies and standards as they pertain to my employment.

I also acknowledge and agree that my employment with Ross is not for a specific period of time and can be terminated at any time for any reason, with or without cause or with or without notice, by Ross or myself I understand and agree that nothing in the Store Associate Handbook or Ross' discretionary use of corrective or progressive discipline creates any express or implied contract, including any contract contrary to at-will employment. I understand that any rules, policies or benefits described in the Store Associate Handbook may be changed, modified or varied from by Ross at any time, except for the right of the parties to terminate employment at-will, which may only be modified by an express written agreement signed by the CEO of the Company and approved by the Board of Directors. Accordingly, I understand and acknowledge that no manager, supervisor or other associate has any authority to make any verbal or written statements, representations or agreements, expressed or implied contrary to at-will employment and I agree not to rely upon any verbal or written statements, representations or agreements, expressed or implied, contrary to at-will employment.

_LORESSA LOCKETTE_                              _68065_
Print Associate Name                                 Associate ID#

_Lorena Lockette_
Associate Signature

_11/12/06_                                        _0865_
Date                                             Store Number

TO BE PLACED IN ASSOCIATE'S PERSONNEL FILE



EXHIBIT C

Personal Data                                                                    Page 1 of 1

Home > Administer Workforce > Administer Workforce  > Use > Personal Data              New Window

| Ross Personal Data | Name | Address | Personal Profile | Eligibility/Identity |

| JONES,BOYALESS I | | Employee | ID: 599462 |

| **Personal Data** | | | View All    First  1 of 1 |

**Effective Date:**    06/24/2007

**Home Address**

| Country: | USA | United States | | | | |
| Address 1: | | | | | Postal Search | |
| Address 2: | | | | | | |
| City: | CALERA | | | | | |
| County: | | | Zip: | 35040 | | |
| State: | AL | Alabama | | | | |

**Mailing Address**

Email    Phone

( Q Return to Search ) ( Previous tab ) ( Next tab )

Ross Personal Data | Name | Address | Personal Profile | Eligibility/Identity

REDACTED

**EXHIBIT D**

Personal Data                                                                    Page 1 of 1

Home > Administer Workforce > Administer Workforce  > Use > Personal Data            New Window

| Ross Personal Data | Name | Address | Personal Profile | Eligibility/Identity |

SIMPSON,MICHELE                          Employee                    ID:  486910

**Personal Data**                                                    View All     First  1 of 1  L

**Effective Date:**    12/28/2005

**Home Address**

| Country: | USA | United States | | | Postal Search |
| Address 1: | | | | | |
| Address 2: | | | | | |
| City: | CHELSEA | | | | |
| County: | | | Zip: | 35043 | |
| State: | AL | Alabama | | | |

**Mailing Address**

Email      Phone

[Return to Search] [Next in List] [ ] [Previous tab] [Next tab]                    [ ] [ ]

Ross Personal Data | Name | Address | Personal Profile | Eligibility/Identity

REDACTED

**EXHIBIT E**

Personal Data                                                                    Page 1 of 1

Home > Administer Workforce > Administer Workforce > Use > Personal Data          New Window

| Ross Personal Data | Name | Address | Personal Profile | Eligibility/Identity |

WARREN,SONYA                          Employee              ID: 695579

| Personal Data |                                  View All    First  1 of 1  L |

**Effective Date:**   10/31/2005

**Home Address**

| Country: | USA | United States | | | Postal Search |
| Address 1: | | | | | |
| Address 2: | | | | | |
| City: | MONTEVALLO | | | | |
| County: | | | Zip: | 35115 | |
| State: | AL | Alabama | | | |

Mailing Address

Email     Phone

( Return to Search ) ( Previous tab ) ( Next tab )

Ross Personal Data | Name | Address | Personal Profile | Eligibility/Identity

REDACTED

Personal Data                                                                    Page 1 of 1

Home > Administer Workforce > Administer Workforce > Use > Personal Data          New Window

| Ross Personal Data | Name | Address | Personal Profile | Eligibility/Identity |

ELLIOTT,DORIS                              Employee            ID: 696168

**Personal Data**                                          View All      First    1 of 1    L

| **Effective Date:** | 10/29/2006 |
| **Home Address** | |

| **Country:** | USA    United States | | | Postal Search |
| **Address 1:** | ██████████████ | | | |
| **Address 2:** | | | | |
| **City:** | ALABASTER | | | |
| **County:** | | Zip: | 35007 | |
| **State:** | AL    Alabama | | | |

Mailing Address

Email      Phone

( ) ( Return to Search ) ( Previous tab ) ( Next tab )                ( ) ( ) ( )

Ross Personal Data | Name | Address | Personal Profile | Eligibility/Identity

REDACTED

Personal Data                                                           Page 1 of 1

Home > Administer Workforce > Administer Workforce  > Use > Personal Data          New Window

| Ross Personal Data | Name | Address | Personal Profile | Eligibility/Identity |

BRASHER,AUDRA                          Employee              ID: 701639

**Personal Data**                                    View All     First   1 of 1    L

Effective Date:     10/23/2005

**Home Address**

Country:        USA      United States
Address 1:      ███████████                              Postal Search

Address 2:

City:           MONTEVALLO

County:                              Zip:        35115

State:          AL       Alabama

Mailing Address

Email     Phone

( ) (Return to Search) (Previous tab) (Next tab)                         ( ) ( )

Ross Personal Data | Name | Address | Personal Profile | Eligibility/Identity

REDACTED

Personal Data                                                      Page 1 of 1

Home > Administer Workforce > Administer Workforce  > Use > Personal Data          New Window

| Ross Personal Data | Name | Address | Personal Profile | Eligibility/Identity |

CAFFEY,DELENCIA L                        Employee            ID: 702331

**Personal Data**                                  View All    First    1 of 1   L

   **Effective Date:**    09/06/2005

**Home Address**

  Country:     USA     United States
  Address 1:   ███████████                          Postal Search

  Address 2:

  City:        ALABASTER

  County:                           Zip:     35007

  State:       AL      Alabama

Mailing Address

Email    Phone

( Return to Search ) ( Previous tab ) ( Next tab )

Ross Personal Data | Name | Address | Personal Profile | Eligibility/Identity

REDACTED

Personal Data                                                      Page 1 of 1

Home > Administer Workforce > Administer Workforce > Use > Personal Data          New Window

| Ross Personal Data | Name | Address | Personal Profile | Eligibility/Identity |

COOK,TRACEY                          Employee              ID: 718653

**Personal Data**                                    View All    First    1 of 1    L

Effective Date:     05/08/2006

**Home Address**

Country:        USA     United States

Address 1:      ███████████████                          Postal Search

Address 2:

City:           ALABASTER

County:                              Zip:        35007

State:          AL      Alabama

Mailing Address

Email    Phone

( ☐ )  ( 🔍 Return to Search )  ( �"⊞ Previous tab )  ( �"⊞ Next tab )                    ( 🔲 ·· ·· · )  ( 🔲 )

Ross Personal Data | Name | Address | Personal Profile | Eligibility/Identity

REDACTED

Personal Data                                                                    Page 1 of 1

Home > Administer Workforce > Administer Workforce  > Use > Personal Data          New Window

| Ross Personal Data | Name | Address | Personal Profile | Eligibility/Identity |

PEOPLES,SONYA                          Employee                    ID: 747778

**Personal Data**                                                View All    First  1 of 1  L

**Effective Date:**    07/31/2006

**Home Address**

| Country: | USA | United States | | | |
| Address 1: | | | | | Postal Search |
| Address 2: | | | | | |
| City: | MONTEVALLO | | | | |
| County: | | | Zip: | 35115 | |
| State: | AL | Alabama | | | |

**Mailing Address**

Email    Phone

( ) ( Return to Search ) ( Previous tab ) ( Next tab )                    ( ) ( ) ( )

Ross Personal Data | Name | Address | Personal Profile | Eligibility/Identity

REDACTED

**EXHIBIT F**

Personal Data                                                    Page 1 of 1

Home > Administer Workforce > Administer Workforce  > Use > Personal Data          New Window

| Ross Personal Data | Name | Address | Personal Profile | Eligibility/Identity |

CASTRO,DAVID A                          Employee                ID: 528184

| Personal Data | | | View All | First | 1 of 1 | L |

**Effective Date:**    03/26/2003

**Home Address**

| Country: | USA | United States | | |
|---|---|---|---|---|
| Address 1: | ████████████████ | | Postal Search | |
| Address 2: | | | | |
| City: | WINSTON SALEM | | | |
| County: | | Zip: | 27107 | |
| State: | NC | North Carolina | | |

**Mailing Address**

Email     Phone

( ▣ )  ( 🔍 Return to Search ) | ( 🖘 Previous tab ) ( 🖘 Next tab )                    ( ▣ ░░░░░░ ) ( ▣ )

Ross Personal Data | Name | Address | Personal Profile | Eligibility/Identity

REDACTED

**EXHIBIT G**

Home > Administer Workforce > Administer Workforce > Use > **Personal Data**          New Window

| Ross Personal Data | Name | Address | Personal Profile | Eligibility/Identity |

LOCKETTE,TORESSA A                    Employee                    **ID:** 688065

**Personal Data**                                            View All    First ◄ 1

| **Effective Date:** | 12/25/2005 |

**Home Address**

| Country: | USA      United States | |
| Address 1: | ████████████████████ | Postal Search |
| Address 2: | | |
| City: | HOMEWOOD | |
| County: | | Zip: | 35209 |
| State: | AL      Alabama | |

**Mailing Address**

Email      Phone

Save    Return to Search    Previous tab    Next tab                    Update/Di

Ross Personal Data | Name | Address | Personal Profile | Eligibility/Identity

REDACTED