| | |
|---|---|
| 1 | J. KEVIN LILLY, Bar No. 119981 |
|   | LITTLER MENDELSON |
| 2 | A Professional Corporation |
|   | 2049 Century Park East, 5th Floor |
| 3 | Los Angeles, CA 90067.3107 |
|   | Telephone:   310.553.0308 |
| 4 | Facsimile:    310.553.5583 |
|   | E-mail: klilly@littler.com |
| 5 | |
|   | HENRY D. LEDERMAN, Bar No. 079498 |
| 6 | LISA C. CHAGALA, Bar No. 217883 |
|   | LITTLER MENDELSON |
| 7 | A Professional Corporation |
|   | Treat Towers |
| 8 | 1255 Treat Boulevard |
|   | Suite 600 |
| 9 | Walnut Creek, CA  94597 |
|   | Telephone:   925.932.2468 |
| 10 | Facsimile:    925.946.9809 |
|   | E-mail: hlederman@littler.com |
| 11 | E-mail: lchagala@littler.com |
| 12 | Attorneys for Defendants |
|   | ROSS STORES, INC.; ROSS DRESS FOR LESS, |
| 13 | INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| TORESSA LOCKETTE; an individual; individually and on behalf of all other similarly situated current and former employees, | Case No.  CV 03430 MMC |
|---|---|
|  | **NOTICE OF APPEARANCE** |
| Plaintiff, | Date: September 7, 2007 |
|  | Time: 9:00 a.m. |
| v. | Courtroom: 7 |
|  | Judge: Hon. Maxine M. Chesney |
| ROSS STORES, INC., a Delaware Corporation, ROSS DRESS FOR LESS, INC., a Virginia Corporation, and DOES 1-100, | Complaint filed: June 29, 2007 |
|  | Trial Date: None set |
| Defendants. | |

NOTICE OF APPEARANCE
(CV 03430 MMC)

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

PLEASE TAKE NOTICE that J. KEVIN LILLY of the law firm of LITTLER MENDELSON, 2049 Century Park East, 5th Floor, Los Angeles, CA 90067.3107, (310) 772-7212, hereby enters his appearance as one of the attorneys of record in the above-captioned matter. Please send copies of all future pleadings and correspondence and all communications to and from the Court concerning this matter to the undersigned at 2049 Century Park East, 5th Floor, Los Angeles, CA 90067.3107 or e-mail address klilly@littler.com.

Dated: August 16, 2007            Respectfully submitted

                                /S/
J. KEVIN LILLY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
ROSS STORES, INC.; ROSS DRESS FOR LESS, INC.

Firmwide:82915754.1 022233.2150

LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

NOTICE OF APPEARANCE
(CV 03430 MMC)                2.