IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORESSA LOCKETTE,<br><br>    Plaintiff,<br><br>  v.<br><br>ROSS STORES, INC., et al.,<br><br>    Defendants<br>_____/ | No. C 07-3430 MMC<br><br>**ORDER VACATING SEPTEMBER 7, 2007 HEARING** |

    Before the Court are two motions filed by defendants Ross Stores, Inc., and Ross Dress for Less, Inc., both filed July 31, 2007 and scheduled for hearing September 7, 2007: (1) "Motion to Change Venue Pursuant to 28 U.S.C. § 1404(a)"; and (2) "Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted and for a More Definite Statement." Pursuant to the Civil Local Rules of this District, opposition was due no later than August 17, 2006. See Civil L. R. 7-3(a) (providing opposition to motion must be filed no later than 21 days before hearing date). To date, no opposition has been filed.

    Accordingly, the Court deems the matters submitted on the moving papers and VACATES the hearing scheduled for September 7, 2007.

    **IT IS SO ORDERED.**

Dated: August 22, 2007

                                                  MAXINE M. CHESNEY<br>                                                  United States District Judge