BRIAN S. KABATECK, SBN 152054
(bsk@kbklawyers.com)
RICHARD L. KELLNER, SBN 171416
(rlk@kbklawyers.com)
M. MARK YENIKOMSHIAN, SBN 227555
(mmy@kbklawyers.com)
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

KHORRAMI POLLARD & ABIR
SHAWN KHORRAMI, SBN 180411
(skhorrami@khorrami.com)
DYLAN POLLARD, SBN 180306
(dpollard@khorrami.com
444 S. Flower Street, 33rd Floor
Los Angeles, CA 90071
Telephone: (213) 596-6000
Facsimile: (213) 596-6010

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORESSA LOCKETTE, an individual; individually and on Behalf of all other similarly situated current and former employees,<br><br>Plaintiff,<br><br>vs.<br><br>ROSS STORES, INC., a Delaware Corporation; ROSS DRESS FOR LESS, INC., A Virginia Corporation; and DOES 1 through 100,<br><br>Defendants. | CASE NO.: CV 03430 MMC<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 644 South Figueroa Street, Los Angeles, CA 90017.

On **August 17, 2007**, I served the foregoing document described as

1. First Amended Complaint for Damages
2. Plaintiff's Opposition to Defendant's Motion to Transfer Venue
3. Declaration of Richard L. Kellner

on interested parties in this action:

Henry Lederman
Littler Mendelson
1255 Treat Blvd Ste 600
Walnut Creek, CA 94597

[ ] **VIA U.S. MAIL** - I deposited such envelope(s) with the United States Postal Service, enclosed in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited for first class delivery, postage fully prepared, in the United States Postal Service that same day in the ordinary course of business. I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.

[X] **VIA OVERNIGHT EXPRESS** – I am readily familiar with the firm's practice of collection and processing for overnight delivery. Under that practice it would be deposited in a box or other facility regularly maintained by Overnight Express, or delivered to an authorized courier or driver authorized by Overnight Express to receive documents, in an envelope or package designated by Overnight Express with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's place of residence addressed as follows:

Executed on **August 17, 2007** at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

IRMA DELEON

**PROOF OF SERVICE**