JUL-30-2007 03:08PM   FROM-TIME MACHINE-LA                                     T-483  P.002/003  F-368

File by Fax

BRIAN S. KABATECK, SBN 152054
(bsk@kbklawyers.com)
RICHARD L. KELLNER, SBN 171416
(rlk@kbklawyers.com)
M. MARK YENIKOMSIAN, SBN 22755
(mmy@kbklawyers.com)
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, California 90071
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

SHAWN KHORRAMI, ESQ., SBN 180411
(skhorrami@khorrami.com)
DYLAN POLLARD, ESQ., SBN 180306
(dpollard@khorrami.com)
LAW OFFICES OF SHAWN KHORRAMI
14550 Haynes Street, Third Floor
Van Nuys, CA 91411
Telephone: (818) 947-5111
Facsimile: (818) 947-5121

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| TORESSA LOCKETTE; an individual; individually and on behalf of all other similarly situated current and former employees, <br><br> Plaintiff, <br><br> vs. <br><br> ROSS STORES, INC., A Delaware Corporation, ROSS DRESS FOR LESS, INC., A Virginia Corporation, and DOES 1-100, <br><br> Defendants. | Case No.: C 07 3430 MMC <br><br> **PROOF OF SERVICE** |

Proof of Service

JUL-30-2007  03:08PM    FROM-TIME MACHINE-LA                                           T-483   P.003/003   F-368

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 7/12/2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Miguel Grande | California Registered Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:

   CT Corporation Systems, Registered Agent by leaving documents with Margaret Wilson, Process Specialist / 818 West 7th Street, 2nd Floor, Los Angeles, CA 90017

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:


☐ Other (specify):



### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    7/17/2007
                  Date            Signature of Server


                              P.O. BOX 861057, L.A., CA 90086 /KABBR1040aml
                                             *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.