1  BRIAN S. KABATECK, SBN 152054
   (bsk@kbklawyers.com)
2  RICHARD L. KELLNER, SBN 171416
   (rlk@kbklawyers.com)
3  M. MARK YENIKOMSHIAN, SBN 227555
   (mmy@kbklawyers.com)
4  KABATECK BROWN KELLNER LLP
   644 South Figueroa Street
5  Los Angeles, CA 90017
   Telephone: (213) 217-5000
6  Facsimile: (213) 217-5010

7  KHORRAMI POLLARD & ABIR
   SHAWN KHORRAMI, ESQ., SBN 180411
8  (skhorrami@khorrami.com)
   DYLAN POLLARD, ESQ., SBN 180306
9  (dpollard@khorrami.com)
   444 S. Flower St., 33rd Floor
10 Los Angeles, CA 90071
   Telephone: (213) 596-6000
11 Facsimile: (213) 596-6010

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORESSA LOCKETTE, an individual; individually and on Behalf of all other similarly situated current and former employees,<br><br>Plaintiff,<br><br>vs.<br><br>ROSS STORES, INC., a Delaware Corporation; ROSS DRESS FOR LESS, INC., A Virginia Corporation; and DOES 1 through 100,<br><br>Defendants. | CASE NO.: CV 03430 MMC<br><br>**DECLARATION OF RICHARD L. KELLNER IN SUPPORT OF PLAINTIFF'S BRIEF IN SUPPORT OF A RULE 60 MOTION FOR RELIEF FROM THIS COURT'S AUGUST 22, 2007 ORDER VACATING THE SEPTEMBER 7, 2007 HEARING**<br><br>Complaint Filed: June 29, 2007<br>Trial Date: None |

DECLARATION OF RICHARD L. KELLNER

## DECLARATION OF RICHARD L. KELLNER

I, Richard L. Kellner, Esq. declare and state as follows:

1.  I am an attorney duly licensed to practice law in the State of California and this honorable Court. I am a partner in the law firm of Kabateck Brown Kellner LLP, attorneys of record for Plaintiff Toressa Lockette. This declaration is made in support of Plaintiff's Brief in Support of a Rule 60 Motion for Relief from this Court's August 22, 2007 Order Vacating the September 7, 2007 Hearing. I have personal knowledge of the following facts and could and would competently testify thereto if called upon to do so.

2.  On August 23, 2007, I received this Court's August 22, 2007 Order Vacating the September 7, 2007 Hearing for failure to file opposing papers. This was the first moment that I learned that the papers had not been received by this Court via the electronic filing system on August 17, 2007. I informed my secretary, Irma Deleon, of the Court Order and asked her to immediately re-file the opposition papers. Attached as Exhibit "B" is a true and correct copy of this Court's August 22, 2007 Order.

3.  On the same day at approximately 11:00 a.m. and 3:00 p.m., in an attempt to inform the Court of this inadvertent mistake, an associate in my office called the court clerk, Alfred Amistoso, and left two voicemail messages.

4.  On August 24, 2007, I contacted Defendant's counsel, Lisa Chagala. I explained the electronic glitch and Ms. Chagala stated that Defendant would not be opposed to this Motion.

I declare under penalty of perjury according to the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on August 24, 2007, at Los Angeles, California.

RICHARD L. KELLNER

1

DECLARATION OF RICHARD L. KELLNER

**Exhibit B**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORESSA LOCKETTE, | No. C 07-3430 MMC |
| Plaintiff, | **ORDER VACATING SEPTEMBER 7, 2007 HEARING** |
| v. | |
| ROSS STORES, INC., et al., | |
| Defendants | |

 Before the Court are two motions filed by defendants Ross Stores, Inc., and Ross Dress for Less, Inc., both filed July 31, 2007 and scheduled for hearing September 7, 2007: (1) "Motion to Change Venue Pursuant to 28 U.S.C. § 1404(a)"; and (2) "Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted and for a More Definite Statement." Pursuant to the Civil Local Rules of this District, opposition was due no later than August 17, 2006. See Civil L. R. 7-3(a) (providing opposition to motion must be filed no later than 21 days before hearing date). To date, no opposition has been filed.

 Accordingly, the Court deems the matters submitted on the moving papers and VACATES the hearing scheduled for September 7, 2007.

 **IT IS SO ORDERED.**

Dated: August 22, 2007

                     MAXINE M. CHESNEY
                     United States District Judge

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 644 South Figueroa Street, Los Angeles, CA 90017.

On **August 27, 2007**, I served the foregoing document described as **DECLARATION OF RICHARD L. KELLNER IN SUPPORT OF PLAINTIFF'S BRIEF IN SUPPORT OF A RULE 60 MOTION FOR RELIEF FROM THIS COURT'S AUGUST 22, 2007 ORDER VACATING THE SEPTEMBER 7, 2007 HEARING** on interested parties in this action:

Henry Lederman
Littler Mendelson
1255 Treat Blvd Ste 600
Walnut Creek, CA 94597

[ ]   **VIA U.S. MAIL -** I deposited such envelope(s) with the United States Postal Service, enclosed in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited for first class delivery, postage fully prepared, in the United States Postal Service that same day in the ordinary course of business. I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.

[X]   **VIA OVERNIGHT EXPRESS –** I am readily familiar with the firm's practice of collection and processing for overnight delivery. Under that practice it would be deposited in a box or other facility regularly maintained by Overnight Express, or delivered to an authorized courier or driver authorized by Overnight Express to receive documents, in an envelope or package designated by Overnight Express with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's place of residence addressed as follows:

Executed on **August 27, 2007** at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

IRMA DELEON