BRIAN S. KABATECK, SBN 152054
(bsk@kbklawyers.com)
RICHARD L. KELLNER, SBN 171416
(rlk@kbklawyers.com)
M. MARK YENIKOMSHIAN, SBN 227555
(mmy@kbklawyers.com)
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

KHORRAMI POLLARD & ABIR
SHAWN KHORRAMI, ESQ., SBN 180411
(skhorrami@khorrami.com)
DYLAN POLLARD, ESQ., SBN 180306
(dpollard@khorrami.com
444 S. Flower St., 33rd Floor
Los Angeles, CA 90071
Telephone: (213) 596-6000
Facsimile: (213) 596-6010

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORESSA LOCKETTE, an individual; individually and on Behalf of all other similarly situated current and former employees,<br><br>Plaintiff,<br><br>vs.<br><br>ROSS STORES, INC., a Delaware Corporation; ROSS DRESS FOR LESS, INC., A Virginia Corporation; and DOES 1 through 100,<br><br>Defendants. | CASE NO.: CV 03430 MMC<br><br>**DECLARATION OF IRMA DELEON IN SUPPORT OF PLAINTIFF'S BRIEF IN SUPPORT OF A RULE 60 MOTION FOR RELIEF FROM THIS COURT'S AUGUST 22, 2007 ORDER VACATING THE SEPTEMBER 7, 2007 HEARING**<br><br>Complaint Filed: June 29, 2007<br>Trial Date: None |

**DECLARATION OF IRMA DELEON**

# DECLARATION OF IRMA DELEON

I, Irma Deleon declare and state as follows:

1.  I am a legal assistant in the law firm of Kabateck Brown Kellner LLP, attorneys of record for Plaintiff Toressa Lockette. This declaration is made in support of Plaintiff's Brief in Support of a Rule 60 Motion for Relief from this Court's August 22, 2007 Order Vacating the September 7, 2007 Hearing. I have personal knowledge of the following facts and could and would competently testify thereto if called upon to do so.

2.  On August 17, 2007, Richard L. Kellner asked me to file opposition papers in the matter of *Lockette v. Ross Stores, Inc.* This was my first time using the electronic filing system in the Northern District of California. Therefore, I contacted the Electronic Filing Help Desk for assistance in filing the opposition papers. In fact, I contacted the Help Desk several times throughout the day and obtained the appropriate password to process the filing.

3.  At approximately 4:00 p.m. on August 17, 2007, I used the newly obtained password to file the following papers with this Court via the electronic filing system: 1) Opposition to Motion to Change Venue; 2) Declaration of Richard L. Kellner in Support of Motion to Change Venue; and 3) First Amended Complaint. At that time, I believed that the papers had been appropriately filed. I also notified Mr. Kellner that I had completed the electronic filing.

4.  On that day, I also provided a courtesy copy of the opposition papers via overnight delivery to opposing counsel, Henry Lederman, Esq. of Littler Mendelson, P.C. located at 1255 Treat Boulevard, Suite 600, Walnut Creek, CA 94597. It is the custom and practice of my office to always use overnight delivery services for all opposition papers served to opposing counsel. Attached as Exhibit "A" is a true and correct copy of the Overnight Delivery Papers Receipt to opposing counsel, Henry Lederman, Esq.

1

**DECLARATION OF IRMA DELEON**

5.  On August 23, 2007, Mr. Kellner informed me that the opposition papers had not been received on August 17, 2007. At approximately 10:30 a.m., I contacted the Electronic Filing Help Desk again. I immediately re-filed the opposing papers through the electronic filing system.

I declare under penalty of perjury according to the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on August 27, 2007, at Los Angeles, California.

_____
IRMA DELEON

DECLARATION OF IRMA DELEON

**Exhibit A**

Case 3:07-cv-03430-MMC    Document 20    Filed 08/27/2007    Page 5 of 6

Irma Deleon

8/27/2007

**From:** customercare@overniteexpress.com [mailto:customercare@overniteexpress.com]
**Sent:** Monday, August 20, 2007 10:29 AM
**To:** Irma Deleon
**Subject:** Overnite Express Delivery Confirmation



Overnite Express

Shipment Number: 40521-300101-977
Billed To Account Number: 40521
Shipper's Billing Reference: Lockette v. Ross Stores
Shipper Name: Irma DeLeon

Attention: HENRY LEDERMAN
Company / Residence: Littler Mendelson
Destination Address: 1255 TREAT BLVD.    Ste/Flr: STE 600
City: Walnut Creek    ZIP: 94597
Delivery Service: Morning Overnite
Recipient Signature: pohlmahn - Signed For At Business
Delivery Time: 10:25 AM    Date: 8/20/2007

Delivery Scan: Walnut Creek 10:25 AM 8/20/2007

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

1
2
3       I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 644 South Figueroa Street, Los Angeles, CA 90017.
4
5       On **August 27, 2007**, I served the foregoing document described as **DECLARATION OF IRMA DELEON IN SUPPORT OF PLAINTIFF'S BRIEF IN SUPPORT OF A RULE 60 MOTION FOR RELIEF FROM THIS COURT'S AUGUST 22, 2007 ORDER VACATING THE SEPTEMBER 7, 2007 HEARING**
on interested parties in this action:

Henry Lederman
Littler Mendelson
1255 Treat Blvd Ste 600
Walnut Creek, CA 94597

[ ]   **VIA U.S. MAIL -** I deposited such envelope(s) with the United States Postal Service, enclosed in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited for first class delivery, postage fully prepared, in the United States Postal Service that same day in the ordinary course of business. I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.

[X]   **VIA OVERNIGHT EXPRESS –** I am readily familiar with the firm's practice of collection and processing for overnight delivery. Under that practice it would be deposited in a box or other facility regularly maintained by Overnight Express, or delivered to an authorized courier or driver authorized by Overnight Express to receive documents, in an envelope or package designated by Overnight Express with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's place of residence addressed as follows:

Executed on **August 27, 2007** at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
IRMA DELEON

**PROOF OF SERVICE**