BRIAN S. KABATECK, SBN 152054
(bsk@kbklawyers.com)
RICHARD L. KELLNER, SBN 171416
(rlk@kbklawyers.com)
M. MARK YENIKOMSHIAN, SBN 22755
mmy@kbklawyers.com)
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, California 90071
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

SHAWN KHORRAMI, ESQ., SBN 180411
(skhorrami@khorrami.com)
DYLAN POLLARD, ESQ., SBN 180306
(dpollard@khorrami.com)
KHORRAMI POLLARD & ABIR
444 S. Flower St., 33rd Floor
Los Angeles, CA 90071
Telephone: (213) 596-6000
Facsimile: (213) 596-6010

Counsel for Plaintiff, Toressa Lockette

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| TORESSA LOCKETTE; an individual; individually and on behalf of all other similarly situated current and former employees,<br><br>    Plaintiff,<br><br>    vs.<br><br>ROSS STORES, INC., a Delaware Corporation, ROSS DRESS FOR LESS, INC., a Virginia Corporation, and DOES 1-100,<br><br>    Defendants. | Case No.: CV 03430 MMC<br><br>**COLLECTIVE ACTION (Pursuant to** 29 U.S.C. § 216(b))<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR AN ORDER SETTING ASIDE THE COURT'S AUGUST 22, 2007 ORDER VACATING THE SEPTEMBER 7, 2007 HEARING**<br><br>Before: Hon. Maxine M. Chesney<br><br>Complaint Filed: June 29, 2007<br>Trial Date: None |

1

[PROPOSED] ORDER

# ORDER

Plaintiff's Request for an Order Setting Aside the Court's August 22, 2007 Order Vacating the September 7, 2007 having been submitted to the Court, the Court rules as follows:

Good cause for the granting of this Request having been shown, IT IS ORDERED:

1) That the Court's August 22, 2007 Order Vacating the September 7, 2007 is set aside;

2) Plaintiff's opposition papers [(1) Opposition to Motion to Change Venue; (2) Declaration of Richard L. Kellner in Support of Motion to Change Venue; and (3) First Amended Complaint] are deemed filed; and

3) The hearing regularly scheduled for September 7, 2007 shall be on _____ __, 2007.

IT IS SO ORDERED.

DATE: August ____, 2007

_____
United States District Court
Judge Maxine M. Chesney

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 644 South Figueroa Street, Los Angeles, CA 90017.

On **August 27, 2007**, I served the foregoing document described as **PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR AN ORDER SETTING ASIDE THE COURT'S AUGUST 22, 2007 ORDER VACATING THE SEPTEMBER 7, 2007 HEARING** on interested parties in this action:

Henry Lederman
Littler Mendelson
1255 Treat Blvd Ste 600
Walnut Creek, CA 94597

[ ]   **VIA U.S. MAIL** - I deposited such envelope(s) with the United States Postal Service, enclosed in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited for first class delivery, postage fully prepared, in the United States Postal Service that same day in the ordinary course of business. I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.

[X]   **VIA OVERNIGHT EXPRESS** – I am readily familiar with the firm's practice of collection and processing for overnight delivery. Under that practice it would be deposited in a box or other facility regularly maintained by Overnight Express, or delivered to an authorized courier or driver authorized by Overnight Express to receive documents, in an envelope or package designated by Overnight Express with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's place of residence addressed as follows:

Executed on **August 27, 2007** at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
IRMA DELEON

---

PROOF OF SERVICE