United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORESSA LOCKETTE,<br><br>       Plaintiff,<br><br>  v.<br><br>ROSS STORES, INC., et al.,<br><br>       Defendants | No. C-07-3430 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

On August 23, 2007, plaintiff electronically filed the "Declaration of Richard L. Kellner in Support of Plaintiff's Opposition to Defendant's Motion to Transfer Venue" and two copies of "Plaintiff's Opposition to Defendant's Motion to Transfer Venue."[1] On August 27, 2007, plaintiff electronically filed "Plaintiff's Request for an Order Setting Aside the Court's August 22, 2007 Order Vacating the September 7, 2007 Hearing," two supporting declarations, and a proposed order. Plaintiff has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and

---

[1] Plaintiff filed her opposition to the motion to transfer both as Docket # 13 and as Docket #15. The docket indicates that plaintiff may have intended to file an amended complaint as Docket # 15. If it was plaintiff's intent to file an amended complaint, plaintiff has not succeeded in doing so.

. . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Plaintiff is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced documents. Plaintiff is hereby advised that if she fails in the future to comply with the Court's Standing Order to provide chambers copies of electronically-filed documents, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: September 4, 2007

MAXINE M. CHESNEY
United States District Judge