SHAWN KHORRAMI SBN 180411
MATT BAILEY, SBN 218685
DYLAN POLLARD, SBN 18036
KHORRAMI POLLARD & ABIR, LLP
444 S. Flower Street, 33rd Floor
Los Angeles, California 90071
Telephone:  (213) 596-6000
Facsimile:   (213) 596-6010
email:            skhorrami@khorrami.com

BRIAN KABATECK, ESQ., SBN 152054
RICHARD KELLNER,. SBN 171416
M. MARK YENIKOMSHIAN, SBN 22755
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 217-5000
Facsimile:   (213) 217-5010
email: bsk@kbklawyers.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA- OAKLAND DIVISION

| | |
|---|---|
| TORESSA LOCKETTE; an individual; individually and on behalf of all other similarly situated current and former employees,<br><br>　　　　　Plaintiff<br><br>　　　　　v.<br><br>ROSS STORES, INC., a Delaware Corporation, ROSS DRESS FOR LESS INC., a Virginia Corporation, and DOES 1-100,<br><br>　　　　　Defendants | Case No: C-07-3430 MMC<br><br>**NOTICE OF CHANGE OF FIRM NAME, ADDRESS AND TELEPHONE NUMBERS** |

TO THIS HONORABLE COURT, AND TO ALL PARTIES BY AND THROUGH THEIR ATTORNEYS OF RECORDS:

PLEASE TAKE NOTICE THAT effective immediately, Plaintiffs' counsel have changed their firm name from The Law Offices of Shawn Khorrami to Khorrami Pollard & Abir, LLP, and have moved their office. The new contact information is as follows:

KHORRAMI POLLARD & ABIR, LLP
444 S. Flower Street, 33rd Floor
Los Angeles, CA 90071
(T) (213) 596-6000
(F) (213) 596-6010

Dated: September 6, 2007          KHORRAMI POLLARD & ABIR, LLP

_____
SHAWN KHORRAMI, ESQ.
*Attorney for Plaintiffs*

NOTICE OF CHANGE OF FIRM NAME ADDRESS AND TELEPHONE NUMBERS

**PROOF OF SERVICE**

STATE OF CALIFORNIA

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is 444 S. Flower Street, 33rd Floor, Los Angeles, CA 90071.

On September 6, 2007, I served the foregoing:

**NOTICE OF CHANGE OF FIRM NAME, ADDRESS AND TELEPHONE NUMBERS**

on the interested parties below by enclosing a copy in a sealed envelope addressed as follows:

Henry Lederman
Littler Mendelson
1225 Treat Blvd. Ste. 600
Walnut Creek, CA 94597

/ X /  ( MAIL)     I placed the envelope for collection and mailing on the date shown above, at this office, in Los Angeles, California, following our ordinary business practices.

I am readily familiar with this office's practice of collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the US Postal Service in a sealed envelope with postage fully prepaid.

/  /  (BY PERSONAL SERVICE)   I delivered such envelope by hand to the above-named counsel of record.

/ /     (STATE)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/ X /  (FEDERAL)      I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 6, 2007, at Los Angeles, California.

KIMIA SEHATI

3

NOTICE OF CHANGE OF FIRM NAME ADDRESS AND TELEPHONE NUMBERS