IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORESSA LOCKETTE,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF SAN LEANDRO, et al.,<br><br>    Defendants / | No. C 07-3430 MMC<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO SET ASIDE AUGUST 22, 2007 ORDER; SETTING BRIEFING SCHEDULE** |

     By order filed August 22, 2007, the Court vacated the September 7, 2007 hearing on defendants' Motion to Change Venue and Motion to Dismiss and for a More Definite Statement, noting plaintiff had not filed any response to either motion, and advised counsel that both motions would be decided on the moving papers.  Thereafter, plaintiff responded to the Motion to Change Venue by filing opposition thereto, and responded to the Motion to Dismiss and for a More Definite Statement by filing a First Amended Complaint.

     Now before the Court is plaintiff's "Request for an Order Setting Aside the Court's August 22, 2007 Order Vacating the September 7, 2007 Hearing," filed August 27, 2007, by which plaintiff requests that the Court consider her First Amended Complaint and late-filed opposition to the motion to transfer before ruling on defendants' motions.  Having considered plaintiff's explanation for the untimely filings and good cause appearing, the request is hereby GRANTED.

The Court sets the following further briefing schedule:

1. No later than September 14, 2007, defendants shall file a reply, if any, to plaintiff's opposition to the Motion to Change Venue.[1]

2. As of September 14, 2007, the Court will take the Motion to Change Venue under submission.[2]

**IT IS SO ORDERED.**

Dated: September 7, 2007

MAXINE M. CHESNEY
United States District Judge

---

[1] By separate order filed concurrently herewith, the Court has denied as moot the Motion to Dismiss and for a More Definite Statement.

[2] If, after considering the parties' submissions in support of and in opposition to the Motion to Change Venue, the Court finds oral argument would be of assistance, the Court will schedule a hearing.

2