IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORESSA LOCKETTE, | No. C 07-3430 MMC |
| Plaintiff, | **ORDER DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS AND FOR MORE DEFINITE STATEMENT** |
| v. | |
| CITY OF SAN LEANDRO, et al., | |
| Defendants / | |

Before the Court is defendants Ross Stores, Inc. and Ross Dress for Less, Inc.'s motion to dismiss plaintiff Toressa Lockette's complaint and for a more definite statement, pursuant to Rules 12(b)(6) and 12(e), respectively, of the Federal Rules of Civil Procedure. On September 5, 2007, plaintiff filed a First Amended Complaint.

A party may amend a pleading "once as a matter of course at any time before a responsive pleading is served." See Fed. R. Civ. P. 15(a).[1] "[A]n amended pleading supersedes the original, the latter being treated thereafter as non-existent." Bullen v. De Bretteville, 239 F. 2d 824, 833 (9th Cir. 1956), cert. denied, 353 U.S. 947 (1957).

Accordingly, the Court hereby DENIES as moot defendants' motion to dismiss and for a more definite statement.

**IT IS SO ORDERED.**

Dated: September 7, 2007

MAXINE M. CHESNEY
United States District Judge

---

[1] A motion to dismiss is not a "responsive pleading." See Crum v. Circus Circus Enterprises, 231 F. 3d 1129, 1130 n. 3 (9th Cir. 2000).