J. KEVIN LILLY, Bar No. 119981
KEITH A. JACOBY, Bar No. 150233
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA  90067.3107
Telephone:    310.553.0308
Fax No.:          310.553.5583
E-mail: klilly@littler.com
             kjacoby@littler.com

LISA C. CHAGALA, Bar No. 217883
LITTLER MENDELSON
A Professional Corporation
1255 Treat Boulevard, Suite 600
Walnut Creek, CA  94597
Telephone:    925.932.2468
Facsimile:     925.946.9809
E-mail: lchagala@littler.com

Attorneys for Defendants
ROSS STORES, INC.; ROSS DRESS FOR LESS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORESSA LOCKETTE; an individual; individually and on behalf of all other similarly situated current and former employees,<br><br>Plaintiff,<br><br>v.<br><br>ROSS STORES, INC., a Delaware Corporation, ROSS DRESS FOR LESS, INC., a Virginia Corporation, and DOES 1-100,<br><br>Defendants. | Case No. CV 03430 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

The parties hereby submit this Stipulation And [Proposed] Order Extending Time For Defendants To Respond To Plaintiff's First Amended Complaint, pursuant to Civil Local Rule 6-1(b) and 6-2.

WHEREAS, Defendants Ross Stores, Inc. and Ross Dress For Less, Inc. ("Defendants") filed a Motion To Change Venue Pursuant To 28 U.S.C. §1404(a) (document #7 on

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME (NO. CV 03430 MMC)

the Court's electronic docket) (hereinafter "Motion To Change Venue");

WHEREAS, pursuant to the Order Granting Plaintiff's Request To Set Aside August 22, 2007 Order; Setting Briefing Schedule (document #25 on the Court's electronic docket), the Court has taken the Motion To Change Venue under submission;

WHEREAS; the Court has not yet ruled on the Motion To Change Venue;

WHEREAS, the parties agree that Defendants should be granted an extension of time to respond to the First Amended Complaint until October 5, 2007;

WHEREAS, an extension of time for Defendants to respond to Plaintiff's First Amended Complaint would not affect a hearing or proceeding on the Court's calendar;

THEREFORE, the parties stipulate as follows:

The deadline for Defendants to respond to Plaintiff's First Amended Complaint shall be extended to October 5, 2007.

Dated: September 20, 2007

_____
LISA C. CHAGALA
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
ROSS STORES, INC.; ROSS DRESS FOR LESS, INC.

Dated: September 20, 2007

_____
M. MARK YENIKOMSHIAN
KABATECK BROWN KELLNER LLP
Attorneys for Plaintiff
TORESSA LOCKETTE

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The deadline for Defendants to respond to Plaintiff's First Amended Complaint is extended to October 5, 2007.

Dated: _____, 2007

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

Firmwide:83126337.1 022233.2150

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME (NO. CV 03430 MMC)        2.