| | |
|---|---|
| 1 | J. KEVIN LILLY, Bar No. 119981 |
|   | KEITH A. JACOBY, Bar No. 150233 |
| 2 | LITTLER MENDELSON |
|   | A Professional Corporation |
| 3 | 2049 Century Park East, 5th Floor |
|   | Los Angeles, CA  90067.3107 |
| 4 | Telephone:    310.553.0308 |
|   | Fax No.:      310.553.5583 |
| 5 | E-mail: klilly@littler.com |
|   |       kjacoby@littler.com |
| 6 | |
|   | LISA C. CHAGALA, Bar No. 217883 |
| 7 | LITTLER MENDELSON |
|   | A Professional Corporation |
| 8 | 1255 Treat Boulevard, Suite 600 |
|   | Walnut Creek, CA  94597 |
| 9 | Telephone:    925.932.2468 |
|   | Facsimile:    925.946.9809 |
| 10 | E-mail: lchagala@littler.com |
| 11 | Attorneys for Defendants |
|    | ROSS STORES, INC.; ROSS DRESS FOR LESS, |
| 12 | INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORESSA LOCKETTE; an individual; individually and on behalf of all other similarly situated current and former employees, | Case No.  CV 03430 MMC |
| | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| Plaintiff, | |
| v. | |
| ROSS STORES, INC., a Delaware Corporation, ROSS DRESS FOR LESS, INC., a Virginia Corporation, and DOES 1-100, | |
| Defendants. | |

  The parties hereby submit this Stipulation And [Proposed] Order Extending Time For Defendants To Respond To Plaintiff's First Amended Complaint, pursuant to Civil Local Rule 6-1(b) and 6-2.

  WHEREAS, Defendants Ross Stores, Inc. and Ross Dress For Less, Inc. ("Defendants") filed a Motion To Change Venue Pursuant To 28 U.S.C. §1404(a) (document #7 on

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME (NO. CV 03430 MMC)

the Court's electronic docket) (hereinafter "Motion To Change Venue");

WHEREAS, pursuant to the Order Granting Plaintiff's Request To Set Aside August 22, 2007 Order; Setting Briefing Schedule (document #25 on the Court's electronic docket), the Court has taken the Motion To Change Venue under submission;

WHEREAS; the Court has not yet ruled on the Motion To Change Venue;

WHEREAS, the parties agree that Defendants should be granted an extension of time to respond to the First Amended Complaint until October 5, 2007;

WHEREAS, an extension of time for Defendants to respond to Plaintiff's First Amended Complaint would not affect a hearing or proceeding on the Court's calendar;

THEREFORE, the parties stipulate as follows:

The deadline for Defendants to respond to Plaintiff's First Amended Complaint shall be extended to October 5, 2007.

Dated: September 20, 2007

_____
LISA C. CHAGALA
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
ROSS STORES, INC.; ROSS DRESS FOR LESS, INC.

Dated: September 20, 2007

_____
M. MARK YENIKOMSHIAN
KABATECK BROWN KELLNER LLP
Attorneys for Plaintiff
TORESSA LOCKETTE

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The deadline for Defendants to respond to Plaintiff's First Amended Complaint is extended to October 5, 2007.

Dated: September 24, 2007

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

Firmwide:83126337.1 022233.2150

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME (NO. CV 03430 MMC)        2.