UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TORESSA LOCKETTE,
          Plaintiff(s),

v.

ROSS STORES, INC., et al.
          Defendant(s).
_____/

Case No. CV 07-03430 MMC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10/4/07

                                    Ken Jew, Esq.
                                    on behalf of
                                    Ross Stores, Inc.; Ross Dress
                                    For Less, Inc.

Dated: 10/5/07

                                    Lisa C. Chagala, Esq.
                                    Littler Mendelson, P.C.
                                    Attorneys for Ross Stores,
                                    Inc. and Ross Dress For
                                    Less, Inc.

Rev. 12/05

American LegalNet, Inc.
www.USCourtForms.com