J. KEVIN LILLY, Bar No. 119981
KEITH A. JACOBY, Bar No. 150233
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA  90067.3107
Telephone:     310.553.0308
Fax No.:         310.553.5583
E-mail:klilly@littler.com
         kjacoby@littler.com

LISA C. CHAGALA, Bar No. 217883
LITTLER MENDELSON
A Professional Corporation
1255 Treat Boulevard, Suite 600
Walnut Creek, CA  94597
Telephone:     925.932.2468
Facsimile:     925.946.9809
E-mail: lchagala@littler.com

Attorneys for Defendants
ROSS STORES, INC.; ROSS DRESS FOR LESS, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| TORESSA LOCKETTE; an individual; individually and on behalf of all other similarly situated current and former employees,<br><br>Plaintiff,<br><br>vs.<br><br>ROSS STORES, INC., a Delaware Corporation, ROSS DRESS FOR LESS, INC., a Virginia Corporation, and DOES 1-100,<br><br>Defendants. | Case No.: CV 03430 MMC<br><br>**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Courtroom: 7<br>Judge: Hon. Maxine M. Chesney |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the

proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Defendants.

Ross Stores, Inc. is a publicly held company with numerous shareholders. Ross Dress For Less, Inc. is a wholly owned subsidiary of Ross Stores, Inc. Ross Stores, Inc. and Ross Dress For Less, Inc. have numerous advisers and active participants in their affairs. Directors of Ross Stores, Inc. include Norman A. Ferber, Michael Balmuth, K. Gunnar Bjorklund, Michael J. Bush, Sharon D. Garrett, Stuart G. Moldaw, George P. Orban, and Donald H. Seiler.

Dated: October 19, 2007

*Lisa Chagala*
LISA C. CHAGALA
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
ROSS STORES, INC.; ROSS DRESS FOR LESS, INC.

Firmwide:83344686.1 022233.2150