1  RICHARD L. KELLNER, SBN 171416
   (rlk@kbklawyers.com)
2  M. MARK YENIKOMSHIAN, SBN 227555
   (mmy@kbklawyers.com)
3  KABATECK BROWN KELLNER LLP
   644 South Figueroa Street
4  Los Angeles, California 90017
   Tel: (213) 217-5000/Fax: (213) 217-5010
5
   SHAWN F. KHORRAMI, SBN 180411
6  (SKhorrami@kpalawyers.com)
   MATT BAILEY, SBN 218685
7  (MBailey@kpalawyers.com)
   KHORRAMI POLLARD & ABIR LLP
8  444 South Flower St 33rd Floor
   Los Angeles, California 90071
9  Tel: (213) 596-6000/Fax: (213) 596-6010

10 Attorneys for Plaintiff Toressa Lockette

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TORESSA LOCKETTE; an individual; individually and on behalf of all other similarly situated current and former employees, | Case No.: CV 03430 MMC |
|---|---|
| Plaintiff, | **PLAINTIFFS' LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| vs. | Courtroom: 7<br>Judge: Hon. Maxine M. Chesney |
| ROSS STORES, INC., a Delaware Corporation, ROSS DRESS FOR LESS, INC., a Virginia Corporation, and DOES 1-100, | |

/ / /
/ / /
/ / /
/ / /
/ / /

CV 03430 MMC

1  Pursuant to Civil Local Rule 3-16, Plaintiff Toressa Lockette hereby states that
2  (i) no persons, firms, partnerships corporations or other entities have a financial
3  interest in the subject matter in controversy or in a party to the proceeding; and (ii)
4  no persons, firms, partnerships corporations or other entities have any other kind of
5  interest that could be substantially affected by the outcome of the proceeding.

Dated: October 19, 2007    KABATECK BROWN KELLNER LLP

By: _____
M. MARK YENIKOMSHIAN
Attorneys for Plaintiff Toressa Lockette

CV 03430 MMC