IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORESSA LOCKETTE,<br><br>    Plaintiff,<br><br>  v.<br><br>ROSS STORES, INC.,<br><br>    Defendants<br>_____/ | No. C 07-3430 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of the pendency of defendants' Motion to Change Venue, the Case Management Conference is hereby CONTINUED from October 26, 2007 to November 9, 2007, at 10:30 a.m. No further Joint Case Management Statement need be filed, unless circumstances have changed from those set forth in the Joint Case Management Statement filed October 19, 2007.

**IT IS SO ORDERED.**

Dated: October 22, 2007

MAXINE M. CHESNEY
United States District Judge