IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORESSA LOCKETTE, | No. C 07-3430 MMC |
| Plaintiff, | **ORDER DENYING DEFENDANTS' MOTION TO CHANGE VENUE** |
| v. | |
| ROSS STORES, INC., | |
| Defendants / | |

Before the Court is defendants Ross Stores, Inc. and Ross Dress for Less, Inc.'s "Motion to Change Venue Pursuant to 28 U.S.C. § 1404(a)," filed July 31, 2007. Plaintiff Toressa Lockette has filed opposition, to which defendants have replied. Having reviewed the parties' submissions in support of and in opposition to the motion, the Court rules as follows.

For the reasons stated by plaintiff, (see Pl.'s Opp. at 2:2-9:28, 12:10-21:7), the Court finds defendants have failed to make a "strong showing of inconvenience to warrant upsetting the plaintiff's choice of forum." See Decker Coal Co. v. Commonwealth Edison Co., 805 F. 2d 834, 843 (9th Cir. 1986).

Accordingly, the motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: October 26, 2007

MAXINE M. CHESNEY
United States District Judge