**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

**E-Filing**

Date: NOV - 9 2007

C - 07-3430 - MMC

TORESSA LOCKETTE  v.  ROSS STORES INC. et al

Attorneys: BRIAN KABATECK     Keith Jacoby

Deputy Clerk: **TRACY LUCERO**     Reporter: NOT REPORTED

**PROCEEDINGS:**     **RULING:**

1. ___
2. ___
3. ___
4. ___

( ) Status Conference    ( ) P/T Conference    (✓) Case Management Conference [Initial]

**ORDERED AFTER HEARING:**

π to file motion by 3/7/08, Δ's opposition due 4/4/08, π reply due 4/18/08, 6/27/08 @ 10:30 - Continued Case Management Conf, maybe by phone. (Joint statement due by 6/20/08).

( ) ORDER TO BE PREPARED BY:   Plntf___  Deft___  Court___

( ) Referred to Magistrate For: ___
   ( ) By Court
(✓) CASE CONTINUED TO 5/2/08 @ 9:00 for Hrg on π's motion for conditional certification of class

Discovery Cut-Off ___  Expert Discovery Cut-Off ___

Plntf to Name Experts by ___  Deft to Name Experts by ___

P/T Conference Date ___  Trial Date ___  Set for ___ days
         Type of Trial: ( ) Jury   ( ) Court
Notes: ___