1  BRIAN S. KABATECK, SBN 152054
   (bsk@kbklawyers.com)
2  RICHARD L. KELLNER, SBN 171416
   (rlk@kbklawyers.com)
3  KABATECK BROWN KELLNER, LLP
   644 South Figueroa Street
   Los Angeles, CA 90017
4  T: (213) 217-5000; F: (213) 217-5010

5  SHAWN KHORRAMI, SBN 180411
    (skhorrami@kpalawyers.com)
6  DYAN POLLARD, SBN 180411
    (dpollard@kpalawyers.com)
7  KHORRAMI POLLARD & ABIR, LLP
   444 S. Flower St., Thirty-Third Floor
8  Los Angeles, CA 90071
   T: (213) 596-6000; F: (213) 596-6010
9
   Attorneys for Plaintiff and the Proposed Class
10

11 J. KEVIN LILLY, SBN 119981
   KEITH A. JACOBY, SBN 150233
12  (kjacoby@littler.com)
   LITTLER MENDELSON, P.C.
13 2049 Century Park East, 5th Floor
   Los Angeles, CA, 90067
14 T: (310) 772-7284; F: (310) 553-5583

15 Attorneys for Defendants, Ross Stores, Inc.
   and Ross Dress for Less
16

17                UNITED STATES DISTRICT COURT
18       NORTHERN DISTRICT OF CALIFORNIA –OAKLAND DIVISION
19

| | |
|---|---|
| 20  TORESSA LOCKETTE; an individual; individually and on behalf of all other similarly situated current and former employees,<br><br>            Plaintiff,<br>     vs.<br><br>ROSS STORES, INC., a Delaware Corporation, ROSS DRESS FOR LESS, INC., a Virginia Corporation, and DOES 1 through 100,<br><br>            Defendants. | CASE NO. CV 03430<br><br>JOINT STATUS CONFERENCE STATEMENT FOR JUNE 27, 2008 STATUS CONFERENCE AND NOTICE OF SETTLEMENT; [PROPOSED] ORDER<br><br>Date: June 27, 2008<br>Time: 10:30 a.m.<br>Dept: 7<br>Judge: Hon. Maxine M. Chesney |

Plaintiff Toressa Lockette, on behalf of all current and former assistant store managers ("Plaintiffs") employed throughout the country by Defendants Ross Inc. and Ross Dress for Less, Inc. ("Ross" or "Defendants"), and Defendants have reached a preliminary settlement. Plaintiffs are currently drafting a Motion for Preliminary Settlement Approval, which will be filed with this Court in approximately two weeks.

As a result of the settlement, the Parties request that the Status Conference currently set before this Court for June 27, 2008 at 10:30 a.m. be continued to a date convenient for the Court.

DATED: June 20, 2008                     Respectfully Submitted

                                         KABATECK BROWN KELLNER LLP


                                    By:  _____/s/_____
                                         RICHARD L. KELLNER
                                         Attorneys for Plaintiff

DATED: June 20, 2008                     Respectfully Submitted

                                         LITTLER MENDELSON, P.C.


                                    By:  _____/s/_____
                                         KEITH A. JACOBY
                                         Attorneys for Defendants

[PROPOSED] ORDER

Good cause having been shown, and pursuant to the Joint Status Conference Statement, it is hereby ordered that the Status Conference set for June 27, 2008 at 10: 30 a.m. is continued to _____, at _____.

Dated:_____                    _____
                                         The Hon. Maxine M. Chesney
                                         United States District Court Judge

JOINT STATUS CONFERENCE STATEMENT

# CERTIFICATION OF SERVICE

I, Richard L. Kellner, hereby certify that on June 20, 2008, I caused the foregoing document titled **JOINT STATUS CONFERENCE STATEMENT FOR JUNE 27, 2008 STATUS CONFERENCE AND NOTICE OF SETTLEMENT; [PROPOSED] ORDER** to be electronically filed and served upon the persons named below via the ECF system.

This document is available for review and downloading from the EFC system.

Dated: June 20, 2008                     By: _____/s/_____
                                              Richard L. Kellner