BRIAN S. KABATECK, SBN 152054
(bsk@kbklawyers.com)
RICHARD L. KELLNER, SBN 171416
(rlk@kbklawyers.com)
KABATECK BROWN KELLNER, LLP
644 South Figueroa Street
Los Angeles, CA 90017
T: (213) 217-5000; F: (213) 217-5010

SHAWN KHORRAMI, SBN 180411
(skhorrami@kpalawyers.com)
DYAN POLLARD, SBN 180411
(dpollard@kpalawyers.com)
KHORRAMI POLLARD & ABIR, LLP
444 S. Flower St., Thirty-Third Floor
Los Angeles, CA 90071
T: (213) 596-6000; F: (213) 596-6010

Attorneys for Plaintiff and the Proposed Class

J. KEVIN LILLY, SBN 119981
KEITH A. JACOBY, SBN 150233
(kjacoby@littler.com)
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA, 90067
T: (310) 772-7284; F: (310) 553-5583

Attorneys for Defendants, Ross Stores, Inc.
and Ross Dress for Less

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| TORESSA LOCKETTE; an individual; individually and on behalf of all other similarly situated current and former employees,<br><br>Plaintiff,<br>vs.<br><br>ROSS STORES, INC., a Delaware Corporation, ROSS DRESS FOR LESS, INC., a Virginia Corporation, and DOES 1 through 100,<br><br>Defendants. | CASE NO. CV 03430<br><br>JOINT STATUS CONFERENCE STATEMENT FOR JUNE 27, 2008 STATUS CONFERENCE AND NOTICE OF SETTLEMENT; [PROPOSED] ORDER<br><br>Date: June 27, 2008<br>Time: 10:30 a.m.<br>Dept: 7<br>Judge: Hon. Maxine M. Chesney |

Plaintiff Toressa Lockette, on behalf of all current and former assistant store managers ("Plaintiffs") employed throughout the country by Defendants Ross Inc. and Ross Dress for Less, Inc. ("Ross" or "Defendants"), and Defendants have reached a preliminary settlement. Plaintiffs are currently drafting a Motion for Preliminary Settlement Approval, which will be filed with this Court in approximately two weeks.

As a result of the settlement, the Parties request that the Status Conference currently set before this Court for June 27, 2008 at 10:30 a.m. be continued to a date convenient for the Court.

DATED: June 20, 2008

Respectfully Submitted

KABATECK BROWN KELLNER LLP

By: _____/s/_____
RICHARD L. KELLNER
Attorneys for Plaintiff

DATED: June 20, 2008

Respectfully Submitted

LITTLER MENDELSON, P.C.

By: _____/s/_____
KEITH A. JACOBY
Attorneys for Defendants

[~~PROPOSED~~] ORDER

Good cause having been shown, and pursuant to the Joint Status Conference Statement, it is hereby ordered that the Status Conference set for June 27, 2008 at 10:30 a.m. is continued to __August 1, 2008__, at __10:30 a.m.__.

Dated: __June 23, 2008__

_/s/ Maxine M. Chesney_
The Hon. Maxine M. Chesney
United States District Court Judge

3

JOINT STATUS CONFERENCE STATEMENT