SHAWN KHORRAMI, ESQ. SBN 180411
(skhorrami@kpalawyers.com)
DYLAN POLLARD, ESQ. SBN 180306
MATT BAILEY, ESQ. SBN 218685
KHORRAMI POLLARD & ABIR LLP
444 S. Flower St., Thirty-Third Floor
Los Angeles, California 90071
Telephone: (213) 596-6000
Facsimile: (213) 569-6010

BRIAN S. KABATECK, ESQ. SBN 152054
(bsk@kbklawyers.com)
RICHARD L. KELLNER, ESQ. SBN 171416
(rlk@kbklawyers.com)
KABATECK BROWN KELLNER, LLP
644 South Figueroa Street
Los Angeles, CA 90017
T: (213) 217-5000; F: (213) 217-5010

Attorneys for Plaintiff and the Proposed Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA-OAKLAND DIVISION

| | |
|---|---|
| TORESSA LOCKETTE; an individual; individually and on behalf of all other similarly situated current and former employees, <br><br> Plaintiffs, <br><br> vs. <br><br> ROSS STORES, INC., a Delaware Corporation, ROSS DRESS FOR LESS, INC., a Virginia Corporation, and DOES 1 through 100, <br><br> Defendants. | CASE NO. CV 03430 MMC <br><br> DECLARATION OF DYLAN POLLARD, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF COLLECTIVE ACTION SETTLEMENT <br><br> Date: August 15, 2008 <br> Time: 9:00 a.m. <br> Dept: 7 (19th Floor) <br> Judge: Hon. Maxine M. Chesney |

DECLARATION OF DYLAN POLLARD, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF COLLECTIVE ACTION SETTLEMENT

## DECLARATION OF DYLAN POLLARD, ESQ.

I, DYLAN POLLARD, declare:

1. I am an attorney licensed to practice law in the State of California. I am a partner at the Khorrami Pollard & Abir LLP, co-Class Counsel appointed to represent the Class certified by this Court. I have personal knowledge of the matters stated herein and if so called upon as a witness, could and would testify competently thereto.

### Class Counsel Are Experienced in Similar Litigation

2. I have been practicing complex litigation in California for approximately 10 years. Khorrami Pollard & Abir LLP (formerly the Law Offices of Shawn Khorrami), has been lead counsel and/or on the plaintiff's steering committees in numerous class action and complex litigation cases, and I have experience with class action litigation and the relevant issues in evaluating and settling class action claims. My office has been extensively involved in the litigation of this Action (from the pre-filing due diligence stage through the settlement process) with our co-counsel Kabateck Brown Kellner, LLP.

3. Below is a list of class action cases which were successfully settled by my Firm in its role and lead and/or co-lead counsel on behalf of the respective putative classes:

- <u>Checkmate v. Yahoo</u>, Central District of California Case No. CV 05-4588 CAS (class settlement preliminarily approved in case alleging that defendant charged advertising clients for fraudulent pay-per-click internet advertising);
- <u>Hurtado v. TEG/LVI, Environmental Services Inc.</u>, LASC Case No. BC276468 (Hon. Carl J. West, Judge, Central Civil West, Dept. 311). (Class Action case alleging that employer failed to pay employees prevailing wages, overtime, and rest breaks. Plaintiffs prevailed at trial on the issue of entitlement to unpaid wages).
- <u>Ho v. Samsung, Sacramento County Superior Court</u> Case No. 03AS03429 (no trial court assigned) (this certified class action case,

— 1 —

DECLARATION OF DYLAN POLLARD IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

alleging that defendant failed to honor its consumer rebates, was settled in 2005);

- Cornwell v. Platinum Auto Haus, LASC Case No. BC318495 (Hon. Maureen Duffy-Lewis, Judge, Los Angeles Superior Court, Dept. 38) (this certified class action case, alleging that defendant overcharged consumers for State Auto Licencing fees and Smog testing, settled in 2005).

- Becker v. Bally Total Fitness, LASC Case No. BC 277 804 (Hon. John P. Shook, Judge, Los Angeles Superior Court, Dept. 53) (this certified class action case, alleging that defendant overcharged members for health club contracts, settled in 2004).

- Dennis v. Travelocity, LASC Case No. BC273172 (Hon. Victoria Chaney, Judge, Central Civil West, Dept. 324) (this certified class action case, alleging that defendants failed to honor travel benefit promotion, was settled in 2003).

15. Moreover, in addition to the above, our firm is involved in the following wage and hour cases:

- Cossey v. BCI Coca-Cola Bottling Co. of Los Angeles, LASC Case No BC367978 (Hon. Anthony J. Mohr) (Class Settlement approved re: claims alleging employer failed to pay overtime and meal and rest periods)

- Prophet v. CVS, Southern District of Florida Case No. CV-21824-DLG (Hon. Donald L. Graham) (FLSA collective action alleging claims for unpaid overtime based on misclassification of Assistant Managers as exempt);

- Ware v. Smilecare, LASC Case No. BC364496 (Hon. Emilie H Elias) (pending class action alleging claims employer failed to pay overtime and meal and rest periods)

— 2 —
DECLARATION OF DYLAN POLLARD IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

4. Based on my experience, I believe that I am qualified to properly assess the merits of Plaintiffs' case and evaluate the fairness of the proposed settlement. I concur, in all respects, with the assessment of our co-counsel, Richard Kellner, Esq. that , for all the reasons delineated in his Declaration filed concurrently herewith that the terms of the proposed Settlement are fair and reasonable as to each individual Class Member.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on July 25, 2008 at Los Angeles, California.

By: 
DYLAN POLLARD, Declarant

---

— 3 —

DECLARATION OF DYLAN POLLARD IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT