**BRIAN S. KABATECK, SBN 152054**
bsk@kbklawyers.com
**RICHARD L. KELLNER,  SBN 171416**
rlk@kbklawyers.com
**KABATECK BROWN KELLNER LLP**
**644 South Figueroa Street**
**Los Angeles, CA  90017**
**Telephone:    (213) 217-5000**
**Facsimile:    (213) 217-5010**

**SHAWN KHORRAMI, SBN 180411**
skhorrami@kpalawyers.com
**DYLAN POLLARD, SBN 180411**
dpollard@kpalawyers.com
**MATT C. BAILEY, SBN 218685**
**KHORRAMI POLLARD & ABIR LLP**
**444 S. Flower St., Thirty-Third Floor**
**Los Angeles, California 90071**
**Telephone:    (213) 596-6000**
**Facsimile:    (213) 569-6010**

*Attorneys for Plaintiff*
*and the Proposed Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA –OAKLAND DIVISION

| | |
|---|---|
| TORESSA LOCKETTE; an individual; individually and on behalf of all other similarly situated current and former employees,<br><br>        Plaintiffs,<br><br>    vs.<br><br>ROSS STORES, INC., a Delaware Corporation, ROSS DRESS FOR LESS, INC., a Virginia Corporation, and DOES 1through 100,<br><br>        Defendants. | **CASE NO.  CV 03430 MMC**<br><br>**PROOF OF SERVICE OF DOCUMENTS RELATING TO MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>**Date:        August 15, 2008**<br>**Time:        9:00 a.m.**<br>**Judge:       Hon. Maxine M. Chesney** |

1

**PROOF OF SERVICE OF DOCUMENTS RELATING TO MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is 444 S. Flower Street, 33rd Floor, Los Angeles, CA 90071.

On July 25, 2008, I served the foregoing:

    **(1) PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ORDER (1) GRANTING PRELIMINARY APPROVAL TO PROPOSED COLLECTIVE ACTION SETTLEMENT; (2) CONDITIONALLY CERTIFYING A COLLECTIVE ACTION SETTLEMENT CLASS; (3) DIRECTING DISSEMINATION OF NOTICE AND CONSENT FORMS TO THE SETTLEMENT CLASS; AND (4) SETTING SCHEDULE FOR FINAL APPROVAL PROCESS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;**

    **(2) DECLARATION OF RICHARD L. KELLNER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR ORDER (1) GRANTING PRELIMINARY APPROVAL TO PROPOSED COLLECTIVE ACTION SETTLEMENT; (2) CONDITIONALLY CERTIFYING A COLLECTIVE ACTION SETTLEMENT CLASS; (3) DIRECTING DISSEMINATION OF NOTICE AND CONSENT FORMS TO THE SETTLEMENT CLASS; AND (4) SETTING SCHEDULE FOR FINAL APPROVAL PROCESS;**

    *(3)* **DECLARATION OF DYLAN POLLARD, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF COLLECTIVE ACTION SETTLEMENT;**

    **(4) [PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL**

on the interested parties below by enclosing a copy in a sealed envelope addressed as follows:

Keith Jacoby, Esq.
Littler Mendelson P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067-3107

/ X /  ( MAIL )    I placed the envelope for collection and mailing on the date shown above, at this office, in Los Angeles, California, following our ordinary business practices.

/ /    (EXPRESS MAIL) By placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth herein. A copy of the consignment

2



**PROOF OF SERVICE OF DOCUMENTS RELATING TO MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

slip is attached to this proof of service.

I am readily familiar with this office's practice of collecting and processing correspondence for mailing.  On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in a sealed envelope with postage fully prepaid

/ /    (BY PERSONAL SERVICE) I delivered such envelope by hand to offices of addressee(s).

/ /    (STATE)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/X/    (FEDERAL)  I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 25, 2008 at Los Angeles, California.

Dylan Pollard

3

**PROOF OF SERVICE OF DOCUMENTS RELATING TO MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

