1  BRIAN S. KABATECK, SBN 152054
    (bsk@kbklawyers.com)
2  RICHARD L. KELLNER, SBN 171416
    (rlk@kbklawyers.com)
3  KABATECK BROWN KELLNER LLP
   644 South Figueroa Street
4  Los Angeles, CA 90017
   Telephone:   (213) 217-5000
5  Facsimile:   (213) 217-5010

6  SHAWN KHORRAMI, SBN 180411
    (skhorrami@kpalawyers.com)
7  DYLAN POLLARD, SBN 180411
    (dpollard@kpalawyers.com)
8  MATT C. BAILEY, SBN 218685
   KHORRAMI POLLARD & ABIR LLP
9  444 S. Flower St., Thirty-Third Floor
   Los Angeles, CA 90071
10 Telephone:   (213) 596-6000
   Facsimile:   (213) 596-6010
11
   Attorneys for Plaintiff
12 and the Proposed Class

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16  TORESSA LOCKETTE; an individual; individually and on behalf of all other similarly situated current and former employees, <br><br> Plaintiffs, <br> vs. <br><br> ROSS STORES, INC., a Delaware Corporation, ROSS DRESS FOR LESS, INC., a Virginia Corporation, and DOES 1 through 100, <br><br> Defendants. | CASE NO. CV 03430 MMC <br><br> NOTICE OF ERRATA RE: LOCATION OF HEARING FOR PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF COLLECTIVE ACTION SETTLEMENT <br><br> Date:  August 15, 2008 <br> Time:  9:00 a.m. <br> Dept:  7 (19th Floor) <br> Judge: Hon. Maxine M. Chesney |

25

26 ///

27 ///

28

**NOTICE OF ERRATA RE: LOCATION OF HEARING FOR PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF COLLECTIVE ACTION SETTLEMENT**

TO THE HONORABLE COURT, PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that counsel for Plaintiff hereby files this Notice of Errata concerning the location for the hearing stated in Plaintiff's Notice of Motion and Motion for Preliminary Approval of Collective Action Settlement filed with the Court on July 25, 2008. As reflected therein, Plaintiff's Counsel inadvertently stated the location of the hearing as Courtroom 7 of the Northern District of California, Oakland Division, located on the 19th Floor of 1301 Clay Street, Oakland, California. The correct location of the hearing, as reflected in the Amended Notice of Motion attached hereto as Exhibit A is **Courtroom 7, 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94102-5212**. Date and time are as originally noticed. This change and the date of execution reflect the only changes made to the previously filed Notice of Motion and Motion.

DATED: July 28, 2008                     KHORRAMI POLLARD & ABIR LLP

By: _____
MATT BAILEY, ESQ.
Counsel for Plaintiffs

**NOTICE OF ERRATA RE: LOCATION OF HEARING FOR PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF COLLECTIVE ACTION SETTLEMENT**

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is 444 S. Flower Street, 33rd Floor, Los Angeles, CA 90071.

On July 28, 2008, I served the foregoing:

**(1) NOTICE OF ERRATA RE: LOCATIPON OF HEARING FOR PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF COLLECTIVE ACTION SETTLEMENT**

on the interested parties below by enclosing a copy in a sealed envelope addressed as follows:

Keith Jacoby, Esq.
Littler Mendelson P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA 90067-3107

/ X /    ( MAIL )    I placed the envelope for collection and mailing on the date shown above, at this office, in Los Angeles, California, following our ordinary business practices.

/X/    (FEDERAL)    I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 28, 2008 at Los Angeles, California.

_____
Dylan Pollard

# EXHIBIT A

| | |
|---|---|
| 1 | BRIAN S. KABATECK, SBN 152054 |
| | bsk@kbklawyers.com |
| 2 | RICHARD L. KELLNER, SBN 171416 |
| | rlk@kbklawyers.com |
| 3 | KABATECK BROWN KELLNER LLP |
| | 644 South Figueroa Street |
| 4 | Los Angeles, CA 90017 |
| | Telephone:  (213) 217-5000 |
| 5 | Facsimile:   (213) 217-5010 |
| 6 | SHAWN KHORRAMI, SBN 180411 |
| | skhorrami@kpalawyers.com |
| 7 | DYLAN POLLARD, SBN 180411 |
| | dpollard@kpalawyers.com |
| 8 | MATT C. BAILEY, SBN 218685 |
| | KHORRAMI POLLARD & ABIR LLP |
| 9 | 444 S. Flower St., Thirty-Third Floor |
| | Los Angeles, California 90071 |
| 10 | Telephone:  (213) 596-6000 |
| | Facsimile:   (213) 569-6010 |

*Attorneys for Plaintiff
and the Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORESSA LOCKETTE; an individual; individually and on behalf of all other similarly situated current and former employees,<br><br>           Plaintiffs,<br>vs.<br><br>ROSS STORES, INC., a Delaware Corporation, ROSS DRESS FOR LESS, INC., a Virginia Corporation, and DOES 1 through 100,<br><br>           Defendants. | CASE NO.  CV 03430 MMC<br><br>PLAINTIFF'S AMENDED NOTICE OF MOTION FOR ORDER (1) GRANTING PRELIMINARY APPROVAL TO PROPOSED COLLECTIVE ACTION SETTLEMENT; (2) CONDITIONALLY CERTIFYING A COLLECTIVE ACTION SETTLEMENT CLASS; (3) DIRECTING DISSEMINATION OF NOTICE AND CONSENT FORMS TO THE SETTLEMENT CLASS; AND (4) SETTING SCHEDULE FOR FINAL APPROVAL PROCESS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF<br><br>Date:   August 15, 2008<br>Time:   9:00 a.m.<br>Judge:  Hon. Maxine M. Chesney |

PLAINTIFF'S AMENDED NOTICE OF MOTION FOR PRELIMINARY SETTLEMENT APPROVAL

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORDS:

2      NOTICE IS HEREBY BY GIVEN THAT on **August 15, 2008 , at 9:00 a.m.,** or as soon
3  thereafter as the matter may be heard, **in Courtroom 7 of the Northern District of California,**
4  **located on the 19th Floor of 450 Golden Gate Ave., San Francisco, CA 94102-5212,** Plaintiff
5  will and hereby does move this Court for an Order (1) Granting Preliminary Approval of the
6  Proposed Collective Action Settlement; (2) Conditionally Certifying the Settlement Class; (3)
7  Direction Dissemination of Notice and Consent Forms to the Collective; and (4) Setting a
8  Schedule for the Final Approval Process.
9      This Amended Motion is based on the Joint Stipulation of Settlement, the accompanying
10 Memorandum of Points and Authorities, the Declaration of Richard Kellner, Esq. in Support of
11 Plaintiff's Motion filed on July 25, 2008; all other records, pleadings, and papers on file in this
12 action and on such other evidence or argument as may be presented to the Court at the hearing of
13 this motion.
14     Defendants Ross Stores Inc. and Ross Dress for Less, Inc. do not oppose this Motion.

16 DATED: July 28, 2008                 Respectfully Submitted

18                                     KHORRAMI, POLLARD & ABIR, LLP

20                                     By: _____
21                                         MATT BAILEY, Esq

23                                     KABATECK BROWN KELLNER LLP
24                                     Attorneys for Plaintiff