IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORESSA LOCKETTE,<br><br>    Plaintiff,<br><br>  v.<br><br>ROSS STORES, INC., et al.,<br><br>    Defendants                / | No. C 07-3430 MMC<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

In light of the pending motion for preliminary approval of a proposed collective action settlement, the Case Management Conference scheduled for August 1, 2008 is hereby VACATED.

**IT IS SO ORDERED.**

Dated: July 29, 2008

MAXINE M. CHESNEY
United States District Judge