IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORESSA LOCKETTE; an individual; individually and on behalf of all other similarly situated current and former employees,<br><br>    Plaintiffs.<br><br>v.<br><br>ROSS STORES, INC., a Delaware Corporation, ROSS DRESS FOR LESS, INC., a Virginia Corporation, and DOES 1 through 100,<br><br>    Defendants. | No. C-07-3430 MMC<br><br>**CLERK'S NOTICE** |

    **YOU ARE NOTIFIED** that due to the unavailability of the Court, the Hearing for Plaintiff's Motion for Preliminary Approval of Collective Action Settlement has been continued from Friday, August 15, 2008 to <u>Friday, August 22, 2008 at 9:00 a.m</u>. before the Honorable Maxine M. Chesney.

Please report to Courtroom 7, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

**FOR THE COURT,**

Richard W. Wieking, Clerk

Dated: July 29, 2008

*Tracy Lucero*
Tracy Lucero, Deputy Clerk