**CIVIL MINUTES**

**E-filing**

**Judge MAXINE M. CHESNEY**

Date: AUG 2 2 2008

C. 07. 3430 . MMC

_TORESSA LOCKETTE_     v    _ROSS STORES INC. et al_

Attorneys:  _RICHARD KELLNER_      _MICHAEL BREWER_

_RYAN ESKIN_

Deputy Clerk: **TRACY LUCERO**      Reporter:  _✓JAMES YEOMANS_

| PROCEEDINGS: | RULING: |
|---|---|
| 1. π's motion for order granting preliminary approval to proposed collective action settlement | GRANTED. |
| 2. π's motion conditionally certifying a collective action settlement class | GRANTED |
| 3. π's motion directing dissemination of notice & consent forms to the settlement class | GRANTED. PENDING CORRECTIONS |
| 4. π's motion for setting schedule for final approval process | GRANTED |

( ) Status Conference     ( ) P/T Conference     ( ) Case Management Conference

**ORDERED AFTER HEARING:**

_Corrected Notice to be submitted to Court by 8/29/08._

( ) ORDER TO BE PREPARED BY:   Plntf_____   Deft_____   Court_____

( ) Referred to Magistrate For:_____
          ( )By Court
(✓) CASE CONTINUED TO _2/6/09 C 9:00_ for _FINAL APPROVAL HEARING_

Discovery Cut-Off_____Expert Discovery Cut-Off_____ •

Plntf to Name Experts by _____Deft to Name Experts by_____

P/T Conference Date_____ Trial Date_____ Set for _____ days
          Type of Trial:  ( )Jury    ( )Court
Notes: _____
_____
_____

_(1 hr 45 min)_