IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORESSA LOCKETTE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROSS STORES, INC.,<br><br>　　　　Defendants | No. C-07-3430 MMC<br><br>**ORDER AFFORDING PARTIES LEAVE TO SUPPLEMENT JOINT STIPULATION RE: CLAIMS PERIOD AND COURT DATES** |

　　　Before the Court is the parties' "Joint Stipulation Continuing Claims Period and Respective Court Dates," filed December 5, 2008, by which the parties seek to extend, by thirty days, the deadline to file claims, the deadline to file a motion for final approval of the settlement, and the hearing on the motion.

　　　In their stipulation, the parties state that, if the requested extensions are granted, they will send the claimants notice of the continuances; the parties have not, however, provided the Court with the proposed form of notice.

　　　Accordingly, the parties are afforded leave to supplement their stipulation by filing, no later than December 18, 2008, the proposed notice they intend to send to the claimants.

　　　**IT IS SO ORDERED.**

Dated:  December 8, 2008

　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　United States District Judge