IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TORESSA LOCKETTE,

    Plaintiff,

v.

ROSS STORES, INC.,

    Defendants
_____/

No. C-07-3430 MMC

**ORDER EXTENDING DEADLINE TO SUBMIT CLAIMS AND DEADLINE TO FILE MOTION FOR FINAL APPROVAL OF SETTLEMENT; CONTINUING HEARING ON MOTION FOR FINAL APPROVAL OF SETTLEMENT; APPROVING PROPOSED NOTICES TO CLASS; DIRECTIONS TO PARTIES**

    Before the Court is the parties' "Joint Stipulation Continuing Claims Period and Respective Court Dates," filed December 5, 2008, by which the parties seek to extend the deadline to submit claims and the deadline to file a motion for final approval of the settlement, as well as to continue the hearing on the motion. Also before the Court is the parties' "Joint Response to Court's December 8, 2008 Minute Order Affording the Parties Leave to Supplement Their Stipulation Allowing for Supplemental Notice of Collective Action Settlement," filed December 16, 2008, to which the parties have attached their proposed notices of such extensions and continuance.

    Having read and considered the parties' submissions, and good cause appearing, the Court hereby APPROVES the parties' stipulation, as follows:

    1. The deadline for claimants to submit a Consent and Claim Form is hereby EXTENDED from January 9, 2009 to February 9, 2009.

2. The deadline for plaintiff to file, or the parties to jointly file, a motion for final approval of the settlement is hereby EXTENDED from January 23, 2009 to February 23, 2009.

3. The hearing on the motion for final approval is hereby CONTINUED from February 6, 2009 to March 6, 2009, at 9:00 a.m.

4. The proposed "Supplemental Notice of Proposed Class Action Settlement and Final Fairness and Approval Hearing" (see Joint Response, filed December 16, 2008, Ex. B) is hereby APPROVED.  The parties are DIRECTED to mail, no later than December 29, 2008, such notice to potential claimants who have not yet returned a Consent and Claim Form as of the date said notice is mailed.

5. The proposed "Notice Re: Continued Hearing Date" (see id. Ex. C) is hereby APPROVED, with the exception that the parties are DIRECTED to amend such notice to correctly identify the case number of the instant matter.  Specifically, the parties shall identify the case number as "Case Number CV 07-03430 MMC," not "Case Number CV 03430 MMC," in the two places on said notice in which the case number is stated.  The parties are further DIRECTED to mail, no later than December 29, 2008, such notice to the claimants who have returned a Consent and Claim Form as of the date said notice is mailed.

**IT IS SO ORDERED.**

Dated:  December 18, 2008

MAXINE M. CHESNEY
United States District Judge

2