**EXHIBIT 3**

# NOTICE OF INELIGIBILITY

## TORESSA LOCKETTE v. ROSS STORES, INC., et al.
### Civil Action No. CV 07-03430 MMC

To:     [NAME INSERTED]

We are in receipt of the Consent and Claim Form you submitted to the Claim Administrator in connection with the above-referenced litigation. However, a review of Ross's records shows that you submitted a claim in connection with the *Taylor* litigation[1] and/or ~~and or~~ released your claims for overtime and related claims in connection with the *Taylor* litigation.

As the Notice and Consent forms sent to you clearly stated, "[t]hose Assistant Store Managers who released claims for overtime and related claims arising from their exempt status in the *Taylor* litigation are [] precluded from asserting any claims arising out of or are reasonably related to the facts alleged in this Action." Consequently, you are not eligible to participate in this settlement. The Consent and Claim Form sent to you was sent in error. You will not receive a monetary payment.

In the event you dispute this finding of ineligibility, you must send a letter to the Claims Administrator at the following address: **RG/2 Claims Administration, LLC, One Market, Spear Tower, San Francisco, CA 94105**. You should include any documents or other information that supports your position. The Claims Administrator will resolve any dispute based on Ross's records and any information you provide. Any challenges to the finding of ineligibility must be mailed to the Claims Administrator and postmarked no later than thirty days from [date of mailing by RG/2].

## FURTHER INFORMATION

If you have any questions, DO NOT contact the Court. Please contact counsel at the following address and telephone number.

Khorrami, Pollard & Abir, LLP

c/o Dylan Pollard, Esq.

444 South Flower Street, 33rd Floor

Los Angeles, CA  90071

Tel: (213) 596-6000

---

[1] The "*Taylor* litigation" shall refer to *Taylor v. Ross Stores Coordinated Actions*, San Bernardino County Superior Court Case No. RCV 065453.