BRIAN S. KABATECK, SBN 152054
bsk@kbklawyers.com
RICHARD L. KELLNER, SBN 171416
rlk@kbklawyers.com
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

SHAWN KHORRAMI, SBN 180411
skhorrami@kpalawyers.com
ROBERT J. DREXLER,, JR SBN 119119
KHORRAMI POLLARD & ABIR LLP
444 S. Flower St., Thirty-Third Floor
Los Angeles, California 90071
Telephone: (213) 596-6000
Facsimile: (213) 569-6010

*Attorneys for Plaintiff
and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA –OAKLAND DIVISION

| | |
|---|---|
| TORESSA LOCKETTE; an individual; individually and on behalf of all other similarly situated current and former employees,<br><br>*Plaintiffs,*<br>vs.<br><br>ROSS STORES, INC., a Delaware Corporation, ROSS DRESS FOR LESS, INC., a Virginia Corporation, and DOES 1through 100,<br><br>*Defendants.* | CV 07-03430<br>CASE NO. <s>CV-03430</s> MMC<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORER RE MODIFICATION OF SETTLEMENT AGREEMENT TO PROVIDE FOR *CY PRES* CONTRIBUTIONS TO AGREED CHARITY |

1

STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF SETTLEMENT AGREEMENT
TO PROVIDE FOR CY PRES CONTRIBUTIONS TO AGREED CHARITY

WHEREAS, this Court entered its final approval order in regard to the Stipulation and Agreement of Settlement ("Settlement") on March 11, 2009; and

WHEREAS, the Settlement provided at Section 8(B)-8(D) for a $1,200,000 Common Fund with an incentive payment of $5,000 to the named Plaintiff and payment of thirty three percent of the Fund to Class Counsel for attorney's fees and costs;

WHEREAS, pursuant to Section 8(E) the Settlement agreement, opt-in class members would be provided their pro-rata share of the of the Common Fund after the above mentioned deductions, divided by the total number of workweeks worked by opt-in class members;

WHEREAS, 1,590, or 63.8%, of class members opted into the Settlement, and constituted 83,968.76 of the 127,395.06 total possible workweeks;

WHEREAS, Defendants Ross Stores, Inc. and Ross Dress for Less, Inc. paid $795,000 to opt-in class members, which funds were maintained by RG2 Claims Administration and subsequently distributed;

WHEREAS, 1563 class members cashed Settlement Checks, but despite diligent efforts by RG2 Claims Administration to contact claimaints by telephone and by the issuance of a letter to their last known address, twenty seven claimaints failed to cash their Settlement Checks, with the result of $2,700.00 in unclaimed monies;

WHEREAS Class Counsel proposed and Defendant agreed, that rather than requiring the return of $2,700.00 in unclaimed portions of the fund, to request the Court to approve modification of the Settlement to direct the funds, *cy pres*, to the *UC Berkeley Center for Labor Research and Education*. The *Center for Labor Research and Education* is a not for profit public service and outreach program that conducts research and education on issues related to labor and employment;

WHEREAS the funds described herein shall be used exclusively for the purposes stated above and not for litigation purposes;

WHEREAS the parties have further agreed that additional notice to the Class should not be required in light of the nature of the modification and the prohibitive cost notice would require; and

STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF SETTLEMENT AGREEMENT
TO PROVIDE FOR CY PRES CONTRIBUTIONS TO AGREED CHARITY

WHEREAS, Section 16 of the Settlement provides that this Court retains jurisdiction over the Action and this Settlement.

**NOW, THEREFORE, THE PARTIES, BY AND THROUGH THEIR COUNSEL, STIPULATE AND AGREE AS FOLLOWS:**

1. Upon approval of this Stipulation, Class Counsel will direct the $2,700.00 of unclaimed monies to the UC Berkeley Center for Labor Research and Education.
2. This Stipulation shall be null and void and of no effect if it is not approved as submitted;
3. This Stipulation shall be null and void and of no effect if the Court directs that further notice to the Class should be given.

KABATECK BROWN KELLNER LLP

DATED: By: _____
RICHARD KELLNER, Esq.
*Attorneys for Plaintiff*

KHORRAMI, POLLARD & ABIR, LLP

DATED: By: _____
SHAWN KHORRAMI, Esq
ROBERT J. DREXLER, Esq.

*Attorneys for Plaintiff*

KP&A
KHORRAMI POLLARD & ABIR LLP

3

STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF SETTLEMENT AGREEMENT TO PROVIDE FOR CY PRES CONTRIBUTIONS TO AGREED CHARITY

1 | DATED: 5/25/10

LITTLER MENDELSON

By: _____
J. KEVIN LILLY, Esq.
KEITH A. JACOBY, Esq.

*Attorneys for Defendants*

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 4, 2010

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

4

STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF SETTLEMENT AGREEMENT TO PROVIDE FOR CY PRES CONTRIBUTIONS TO AGREED CHARITY